IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANKY TIRADO and TEDDY E. LOZADA, on behalf of themselves and all others similarly situated<br><br>Plaintiffs<br><br>vs<br><br>XPERTS CONSTRUCTION INC. and ALBERTO GONZALEZ, JR.<br><br>Defendants | CIVIL 18-1614CCC |

# ORDER

The Applications for Admission *Pro Hac Vice* filed on September 1, 2018 and September 5, 2018, respectively. by attorneys Don J. Foty and David W. Hodges, from the law firm Kennedy Hodges, LLP (**d.e. 4 and d.e. 6**), are GRANTED.  The Application for Admission *Pro Hac Vice* filed by attorney Ricardo J. Prieto on September 1, 2018 (**d.e. 5**) is also GRANTED.

Having considered the Motion to Dismiss for Want of Personal Jurisdiction – Insufficient Service of Process Under Fed. R. Civ. P. 12(b)(5) filed by defendants on November 7, 2018 (**d.e. 8**), plaintiffs' opposition filed on November 21, 2018 (d.e. 9) and defendants' Reply filed on December 3, 2018 (d.e. 11),[1] the Motion to Dismiss is DENIED.  Plaintiffs shall serve defendants

---

[1] Defendants' Motion for Leave and for Extension of Time to File Reply to Plaintiffs' Response in Opposition filed on November 28, 2018 (**d.e. 10**) is GRANTED, retroactively.

CIVIL 18-1614CCC                               2

by publication no later than **MAY 25, 2019**, with proof of service filed immediately thereafter.

SO ORDERED.

At San Juan, Puerto Rico, on May 2, 2019.

                                    S/CARMEN CONSUELO CEREZO
                                    United States District Judge