# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANKY TIRADO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> XPERT'S LLC, et al, <br><br> Defendants. | Civil No. 18-1614 (RAM) |

**JUDGMENT**

On March 4, 2021, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice (Docket No. 107). In accordance with the Order entered today (Docket No. 108), judgment is entered **DISMISSING** this action **WITH PREJUDICE.**

The Court shall retain jurisdiction to enforce the settlement agreement at Docket No. 106.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of March, 2021

                                             s/Raúl M. Arias-Marxuach
                                             RAÚL M. ARIAS-MARXUACH
                                             UNITED STATES DISTRICT JUDGE